AB-92-10                                                            1

En el Tribunal Supremo de Puerto Rico

| In Re: | Queja |
|---|---|
| Lcda. Clara Robles Calderón | 98TSPR115 |

Número del Caso: AB-92-10

Abogados Parte Querellante:      Lcdo. Carlos Lugo Fiol
                                 Procurador General
                                 Lcda. Ivonne Casanova Pelosi
                                 Procuradora General Auxiliar
                                 Lcdo. Víctor M. Quiñones Ramos

Abogado Parte Querellada:      Por Derecho Propio

Fecha: 8/11/1998

Materia: Conducta Profesional

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

   Clara Robles Calderón                   AB-92-10

PER CURIAM

San Juan, Puerto Rico, a 11 de agosto de 1998.

   El 4 de septiembre de 1992, suspendimos temporalmente del ejercicio de la abogacía a la Lcda. Clara Robles Calderón por haber desatendido nuestra orden de comparecer a la Oficina del Procurador General con relación a una investigación disciplinaria de una queja presentada en su contra por el Sr.Raúl Rodríguez Albino.

   El 28 de diciembre de 1995, la reinstalamos provisionalmente y condicionada al resultado de la investigación de la queja AB-93-19, que se encontraba pendiente en esos momentos. Esta queja fue archivada el 15 de noviembre de 1996.

El 18 de marzo de 1998, el Procurador General presentó una moción solicitando la reapertura de la queja presentada por el señor Rodríguez Albino contra la licenciada Robles Calderón. Nos indicó que el caso había sido archivado luego de que la querellada resarciera los daños que pudo haber causado por su negligencia con relación a una reclamación civil incoada a nombre de los hijos menores del querellante. Como parte de los acuerdos a que llegaron la licenciada Robles Calderón y el señor Rodríguez Albino, se otorgaron dos pagarés a nombre del querellante por la cantidad de cinco mil dólares ($5,000) cada uno, vencederos al año de haber sido reinstalada la licenciada Robles Calderón a la profesión de abogado.

El 4 de febrero de 1998, el Procurador General le escribió a la licenciada Robles Calderón para que le ofreciera su posición sobre un alegado incumplimiento de su parte con los acuerdos hechos con el querellante Rodríguez Albino. Así las cosas, el 18 de marzo el Procurador General presentó una moción solicitando la reapertura de la queja e indicándonos que la licenciada Robles Calderón aún no había respondido su solicitud, y que, por lo tanto, no podía concluir su investigación sobre el alegado incumplimiento.

El 17 de abril, le concedimos a la licenciada Robles Calderón un término de veinte (20) días para que respondiera a los requerimientos del Procurador General. Le apercibimos además que su incumplimiento con esta Resolución conllevaría su suspensión inmediata de la profesión de abogado. Esta Resolución fue notificada personalmente. El 24 de junio el Procurador compareció y nos informó que a pesar del tiempo transcurrido, la licenciada Robles Calderón aún no había dado cumplimiento a nuestra Resolución de 17 de abril del año en curso.

Por todo lo antes expuesto, se suspende provisionalmente a la Lcda. Clara Robles Calderón del ejercicio de la profesión de abogado hasta que cumpla con nuestra Resolución de 17 de abril de 1998 y otra cosa disponga este Tribunal.

Se ordena al Alguacil General de este Tribunal que proceda a incautar la obra notarial de la licenciada Robles Calderón.

La presente Opinión Per Curiam y Sentencia deberá ser notificada personalmente a la Lcda. Clara Robles Calderón por la Oficina del Alguacil General de este Tribunal.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Clara Robles Calderón                    AB-92-10

SENTENCIA

San Juan, Puerto Rico, a 11 de agosto de 1998.

Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte de la presente, se suspende provisionalmente a la Lcda. Clara Robles Calderón del ejercicio de la profesión de la abogacía hasta tanto cumpla con nuestra Resolución de 17 de abril de 1998 y otra cosa disponga este tribunal.

El Alguacil del Tribunal se incautará inmediatamente de su obra notarial para el trámite de rigor correspondiente por la Directora de Inspección de Notarías. Además, se ordena al Alguacil de este Tribunal que notifique personalmente a la Lcda. Clara Robles Calderón de lo aquí dictaminado.

Lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Negrón García no intervino.

                              Isabel Llompart Zeno
                        Secretaria del Tribunal Supremo